McGREGOR W. SCOTT
United States Attorney
KAREN A. ESCOBAR
Assistant U.S. Attorney
4401 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000

FILED

MAR 27 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY  J. HELLINGS
         DEPUTY CLERK

SEALED

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CR.NO. 1:08 CR 00089 LJO  |
|---|---|---|
| Plaintiff, | ) | EX PARTE MOTION TO SEAL |
|  | ) | INDICTMENT PURSUANT |
| v. | ) | TO RULE 6(e), FEDERAL |
|  | ) | FEDERAL RULES OF |
| ANGEL IVAN SANCHEZ, | ) | CRIMINAL PROCEDURE |
|  | ) |  |
| Defendant. | ) |  |

The government moves the Court, pursuant to Rule 6(e) of the Federal Rules of Criminal Procedure, to order and direct that the Indictment returned by the Grand Jury on March 27, 2008, charging the above defendant with a violation of Title 21, United States Code, Sections 846, 841(a)(1), 841(b)(1)(D) - Conspiracy to Distribute and to Possess With the Intent to Distribute Marijuana, be kept secret until the defendant named in the Indictment is either in custody or has been given bail on these offenses; and further order that until such time as the defendant is in custody or has been given bail, that no person shall disclose the finding

1 | of the Indictment or any warrants issued pursuant thereto, except
2 | when necessary for the issuance and execution of the warrants.
3 | DATED: March 27, 2008                    Respectfully submitted,
4 |                                          McGREGOR W. SCOTT
  |                                          United States Attorney
5 |
  |                                          By /s/ Karen Escobar
6 |                                             KAREN A. ESCOBAR
  |                                             Assistant U.S. Attorney
7 |
8 | ORDERED as prayed this 27 day of March, 2008
9 |
10|                                          _____
  |                                          U.S. Magistrate Judge

2