LAWRENCE G. BROWN
Acting United States Attorney
KAREN A. ESCOBAR
Assistant U.S. Attorney
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000

FILED

JAN - 9 2009

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
           DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 1:08-CR-00089-LJO |
| Plaintiff, | ORDER TO UNSEAL INDICTMENT |
| v. | |
| ANGEL IVAN SANCHEZ, | |
| Defendant. | |

Having considered the application of the United States of America, and good cause appearing,

IT IS HEREBY ORDERED THAT the Indictment shall be unsealed.

Dated: January 9, 2009

_____
GARY S. AUSTIN
U.S. Magistrate Judge

1